GULFPORT FERTILIZER CO. v. CHATMAN.
(Decided November 21, 1916.)

APPEAL from Mobile Circuit Court.
Heard before Hon. SAMUEL B. BROWNE.
HARRY T. SMITH & CAFFEY, for appellant. RICKARBY & AUS-TILL, for appellee.

EVANS, J.—Reversed and remanded on the authority of *Gulfport F. Co. v. Jones, infra*, 73 South. 145.

GIBSON v. THE STATE.
(Decided December 19, 1916.)

APPEAL from Jefferson Criminal Court.
Heard before Hon. A. H. ALSTON.
No counsel marked for appellant. W. L. MARTIN, Attorney General, and HARWELL G. DAVIS, Assistant Attorney General, for the State.

EVANS, J. No bill of exceptions and no error of record. Affirmed.

PARSONS v. THE STATE.
(Decided December 19, 1916.)

APPEAL from Bessemer City Court.
Heard before Hon. J. C. B. GWIN.
LEE COWART, for appellant. W. L. MARTIN, Attorney General, for the State.

EVANS, J.—This cause is affirmed on authority of *Dorrough's Case*, 14 Ala. 110, 72 South. 208; *Mitchell v. State*, 14 Ala. App. 104, 71 South. 982.

CHANCE v. THE STATE.
(Decided January 9, 1917.)

APPEAL from Jefferson Circuit Court.
Heard before Hon. WM. E. FORT.
No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, J.—No bill of exceptions and no error of record. Affirmed.